984

No. 72–6301.  THERIAULT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6313.  PATTERSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6314.  TUCKER v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 72–6317.  STAMPS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6319.  DERKS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 72–6323.  PYE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 72–6325.  THERIAULT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6326.  BIDDLE ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6327.  KNOX v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–6328.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6334.  HURT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 72–6338.  DEGRAFFENREID v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 72–6349.  CATANIO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.